## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| Theresa River, ) | |
| ) | |
|     Plaintiff, ) | Civil Action File No.: |
| ) | 3:19-cv-00158-TCB-RGV |
| v. ) | |
| ) | |
| Williams & Fudge, Inc. ) | |
| ) | |
|     Defendant. ) | |
| ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Theresa River, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **without prejudice**, all claims against Defendant, Williams & Fudge, Inc., in this case. As indicated by the signature of its counsel below, Williams & Fudge, Inc. stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 13th day of February, 2020.

*[Signatures Appear on Following Page]*

| **BERRY & ASSOCIATES** | **BEDARD LAW GROUP, PC** |
|---|---|
| */s/ Matthew Berry* <br> Matthew Berry, GA Bar No.: 055663 <br> mberry@mattberry.com <br><br> 2751 Buford Highway, Suite 600 <br> Atlanta, GA 30324 <br> Ph. (404) 235-3305 <br><br> *Plaintiff's Attorney* | */s/ John H. Bedard, Jr.* <br> John H. Bedard, Jr. <br> GA Bar No.: 043473 <br> jbedard@bedardlawgroup.com <br><br> 4855 River Green Parkway, Suite 310 <br> Duluth, GA 30096 <br> Ph. (678) 253-1871 <br><br> *Williams & Fudge, Inc.'s Attorney* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com

*Plaintiff's Attorney*